IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK DAVID ESTRADA, | ) | No. C 12-4091 JSW (PR) |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| STATE OF CALIFORNIA, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

      On August 23, 2012, Plaintiff, a prisoner of the State of California, filed a civil action in this Court. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within thirty days. In response Plaintiff has filed a federal tax form (1040-V) that is for mailing along with any tax payment to the United States Treasury. Plaintiff believes that this constitutes payment of the filing fee, but it does not. Plaintiff has neither paid the filing fee nor filed an IFP application, and the deadline for doing so has passed.

      In addition, Plaintiff's complaint is virtually incomprehensible, and to the extent it can be understood, it is clearly frivolous. Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. *Denton v.*

*Hernandez*, 504 U.S. 25, 32 (1992). A claim is frivolous if it is premised on an indisputably meritless legal theory or is clearly lacking any factual basis, such as claims describing fantastic or delusional scenarios with which federal district judges are all too familiar. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989). Plaintiff purports to brings the complaint under admiralty and maritime law, and he claims to have $1.5 billion dollars in his prison trust account that he obtained as a "contract officer" of the "federal government." Such claims are clearly legally meritless as they have nothing to do with admiralty or maritime laws, and the allegations upon which they are based are fantastical and delusional. As a result, the complaint must be dismissed as frivolous. For the foregoing reasons, this case is DISMISSED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:October 23, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK DAVID ESTRADA,

        Plaintiff,

  v.

CALFORNIA STATE OF et al,

        Defendant.

Case Number: CV12-04091 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark David Estrada
K65024
P.O. Box 689
Soledad, CA 93960

Dated: October 23, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk